UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

INCREDIBLE INVESTMENTS LIMITED,

            Plaintiff,

v.

FRANK PARLATO, JR., TOURIST
SERVICES, LLC, GORDON REGER, LARRY REGER,
REMAN, LLC, RH NIAGARA BUILDING, LLC,
WHITESTAR DEVELOPMENT CORP.,
ONE NIAGARA, INC., ONE NIAGARA PLAZA, INC.,
JOHN DOES 1 THROUGH 10,

            Defendants.

09-CV-576 (WSS) (JJM)

---

## RULE 41 STIPULATION FOR DISMISSAL

Plaintiffs and Defendants, by and through their respective undersigned attorneys, jointly notice, move, and stipulate for a dismissal of all remaining claims and/or counterclaims, without prejudice, in the above-styled cause pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure and all other applicable rules.

| | |
|---|---|
| DAMON & MOREY LLP | ROSCETTI & DECASTRO, P.C. |
| By: _____ | By: _____ |
| William F. Savino, Esq. | James C. Roscetti, Esq. |
| Eric A. Bloom, Esq. | *Attorneys for Defendants Frank Parlato, Jr.,* |
| *Attorneys for Plaintiff* | *Tourist Services, LLC, One Niagara, Inc., and* |
| 200 Delaware Avenue | *One Niagara Plaza, Inc.* |
| Suite 1200 | 730 Main Street |
| Buffalo, NY 14202 | Niagara Falls, NY 14301-1773 |
| 716-856-5500 | 716-282-5090 |

1

| | |
|---|---|
| DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP<br><br>By: _____<br>    Gregory P. Photiadis, Esq.<br>*Attorneys for Defendants Gordon Reger,*<br>*Larry Reger, Reman, LLC and RH Niagara*<br>*Building, LLC*<br>350 Main Street<br>1800 Main Place Tower<br>Buffalo, NY 14202<br>716-855-1111 | PAUL A. GRENGA & ASSOCIATES<br><br>BY: _____<br>    Paul A. Grenga, Esq.<br>*Attorneys for Defendant*<br>*Whitestar Development Corp.*<br>730 Main Street<br>Niagara Falls, NY 14301<br>716-282-1200 |

**SO ORDERED:**

_____
U.S.D.J.